IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NIHAT YUKSEL,<br><br>    Plaintiff,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION,<br><br>    Defendant. | Civil Action File No.<br>1:21-cv-02829-JPB-JEM |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, Plaintiff Nihat Yuksel and Defendant Omni Hotels Management Corporation, by and though the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed *with* prejudice with each party to bear its/his own attorneys' fees and costs.

Jointly and respectfully submitted, this 28th day of June 2022.

*[Signatures of counsel appear on the following page.]*

02352640-1

| | |
|---|---|
| **PARKS, CHESIN & WALBERT, P.C.** | **TAYLOR ENGLISH DUMA LLP** |
| /s/J. Daniel Cole | /s/Alisa P. Cleek |
| J. Daniel Cole | Alisa P. Cleek |
| Georgia Bar No. 450675 | Georgia Bar No. 581063 |
| dcole@pclawfirm.com | acleek@taylorenglish.com |
| | Deborah J. Livesay |
| 75 14th Street, 26th Floor | Georgia Bar No. 205591 |
| Atlanta, Georgia 30309 | dlivesay@taylorenglish.com |
| (404) 873-8000 Telephone | |
| (404) 873-8050 Facsimile | 1600 Parkwood Circle, Suite 200 |
| | Atlanta, Georgia 30339 |
| Attorneys for Plaintiff Nihat Yuksel | (770) 434-6868 Telephone |
| | (770) 434-7376 Facsimile |
| | |
| | Attorneys for Defendant |
| | Omni Hotels Management Corporation |

02352640-1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NIHAT YUKSEL,<br><br>  Plaintiff,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION,<br><br>  Defendant. | Civil Action File No.<br>1:21-cv-02829-JPB-JEM |

**CERTIFICATE OF SERVICE**
_____

I hereby certify that on June 28, 2022, a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to each counsel of record by notice of electronic filing generated through the CM/ECF system.

/s/Alisa P. Cleek
Alisa P. Cleek
Georgia Bar No. 581063
acleek@taylorenglish.com

Attorneys for Defendant
Omni Hotels Management Corporation

02352640-1